1  DANIEL E. ALBERTI (Bar No. 68620)
   McDermott, Will & Emery LLP
2  3150 Porter Drive
   Palo Alto, California 94304-1212
3  Telephone: 650.813.5000
   Facsimile: 650.813.5100
4  E-Mail:   dalberti@mwe.com

5  FAY E. MORISSEAU (Bar No. 159931)
   CHRISTOPHER D. BRIGHT (Bar No. 206273)
6  McDermott, Will & Emery LLP
   18191 Von Karman Avenue, Suite 500
7  Irvine, California 92612-7108
   Telephone: 949.851.0633
8  Facsimile: 949.851.9348
   E-Mail:   fmorisseau@mwe.com
9  E-Mail:   cbright@mwe.com

10 MICHAEL S. NADEL
   McDermott, Will & Emery LLP
11 600 Washington Street, N.W.
   Washington, D.C. 20005
12 Telephone: 202.756.8000
   Facsimile: 202.478.1847
13 E-Mail:   mnadel@mwe.com

14 Attorneys for Plaintiff,
   BLACKBOARD INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLACKBOARD, INC., A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>iPARADIGMS, LLC., a California limited Liability company,<br><br>Defendant. | Case No. C 07-04001 HRL<br><br>ELECTRONIC CASE FILING<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41 (a) (1) |

Notice is hereby given that pursuant to Fed. R. Civ. P. 41 (a) (1), plaintiff, Blackboard, Inc. does hereby, voluntarily dismiss without prejudice, its claims against defendant iParadigms, LLC.

Dated: August 20, 2007

By: /s/ Daniel E. Alberti
DANIEL E. ALBERTI (SBN 68620)
MCDERMOTT, WILL & EMERY
3150 Porter Street,
Palo Alto, CA 94304
Telephone:    650.813.5000
Facsimile:    650.813.5100

Attorneys for Plaintiff,
BLACKBOARD, INC.

MPK 131192-1.072575.0091