```
 1  DANIEL E. ALBERTI (Bar No. 68620)
    McDermott, Will & Emery LLP
 2  3150 Porter Drive
    Palo Alto, California 94304-1212
 3  Telephone: 650.813.5000
    Facsimile: 650.813.5100
 4  E-Mail:    dalberti@mwe.com

 5  FAY E. MORISSEAU (Bar No. 159931)
    CHRISTOPHER D. BRIGHT (Bar No. 206273)
 6  McDermott, Will & Emery LLP
    18191 Von Karman Avenue, Suite 500
 7  Irvine, California 92612-7108
    Telephone: 949.851.0633
 8  Facsimile: 949.851.9348
    E-Mail:    fmorisseau@mwe.com
 9  E-Mail:    cbright@mwe.com

10  MICHAEL S. NADEL
    McDermott, Will & Emery LLP
11  600 Washington Street, N.W.
    Washington, D.C. 20005
12  Telephone: 202.756.8000
    Facsimile: 202.478.1847
13  E-Mail:    mnadel@mwe.com

14  Attorneys for Plaintiff,
    BLACKBOARD INC.
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLACKBOARD, INC., A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>iPARADIGMS, LLC., a California limited Liability company,<br><br>Defendant. | Case No. C 07-04001 HRL<br><br>ELECTRONIC CASE FILING<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41 (a) (1) |

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL OF CLAIMS AGAINST DEFENDANT

CASE NO. C 07-04001 HRL

McDermott Will & Emery LLP
ATTORNEYS AT LAW
PALO ALTO

1 | Notice is hereby given that pursuant to Fed. R. Civ. P. 41 (a) (1), plaintiff, Blackboard,
2 | Inc. does hereby voluntarily dismiss with prejudice its claims against defendant iParadigms, LLC.
3 | Dated: August 20, 2007

By: /s/ Daniel E. Alberti
DANIEL E. ALBERTI (SBN 68620)
MCDERMOTT, WILL & EMERY
3150 Porter Street,
Palo Alto, CA 94304
Telephone:   650.813.5000
Facsimile:   650.813.5100

Attorneys for Plaintiff,
BLACKBOARD, INC.

MPK 131192-1.072575.0091

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL OF CLAIMS AGAINST DEFENDANT       - 2 -       CASE NO. C 07-04001 HRL