| *Attorney or Party without Attorney:*<br>DANIEL E. ALBERTI, ESQ., Bar #68620<br>MCDERMOTT, WILL & EMERY<br>3150 PORTER DRIVE<br>PALO ALTO, CA 94304<br>*Telephone No:* 650-813-5000   *FAX No:* 650-813-5100 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 072575-0091 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California-San Jose Division

*Plaintiff:* BLACKBOARD INC., A DELAWARE CORPORAITON
*Defendant:* iPARADIGMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:*<br>Tue, Nov. 06, 2007 | *Time:*<br>1:30PM | *Dept/Div:* | *Case Number:*<br>C07 04001 HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Usdc Guidelines; Instructions For Completion Of Adr Forms; Notice Of Electronic Availability Of Case File Information; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Ecf Registration Information Handout; Order Of The Chief Judge; Notice Of Assignment Of Case To A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Waiver Of Service Of Summons; Contents Of Joint Case Management Statement; Standing Order Regarding Case Management In Civil Cases; Standing Order Re: Initial Case Management And Discovery Disputes; Adr Certification By Parties And Counsel; Blank Stipulation And [Proposed] Order Selecting Adr Process; Blank Notice Of Need For Adr Phone Conference; General Order No. 53; General Order No. 40; General Order No. 45

3. a. *Party served:* iPARADIGMS, LLC
   b. *Person served:* JOHN M. BARRIE, CEO, AUTHORIZED TO ACCEPT

4. *Address where the party was served:* 1624 FRANKLIN STREET, 7TH FLOOR
   OAKLAND, CA 94612

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 10, 2007 (2) at: 1:10PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LUIZ A. PIMENTEL
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2006-000982
      (iii) County: San Francisco
      (iv) Expiration Date: Sat, Jul. 12, 2008



1541 Bayshore Hwy.   GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602   Fax (650) 697-4640
(650) 697-9431

RECEIVED AUG 1 5 2007
McDERMOTT WILL & EMERY LLP

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Aug. 13, 2007

   (LUIZ A. PIMENTEL)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

daalb.40328